IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARTER SERVICES, INC. and ) | |
| MOBILE FRACTIONAL LEASING, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 09-00281-KD-N |
| ) | |
| DL AIR, LLC, *et al.*, ) | |
| Defendants. ) | |

**ORDER**

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated October 14, 2009 is **ADOPTED** as the opinion of this Court.

It is hereby **ORDERED** that Defendant Richard Blossman's Motion to Dismiss is **DENIED**; and that the Motion of Defendants Central Progressive Bank and Blossman Bancshares, Inc. to Dismiss or for Summary Judgment be **DENIED**, provided, however, that defendants are granted leave to renew their request for summary judgment at the close of discovery.

**DONE** and **ORDERED** this the **2nd** day of **November 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**